## ANDERSON *v*. THE STATE.

APPEAL from the Parke Circuit Court.

PETTIT, J.—This case is the same, in all legal aspects, as

the case of *Anderson* v. *The State, ante,* p. 553; and on the authority of that, and for the reasons therein given, the judgment in this is reversed, and cause remanded for further proceedings.

*S. F. Maxwell, S. D. Puett, J. E. McDonald, J. M. Butler,* and *E. M. McDonald,* for appellant.

*B. W. Hanna,* Attorney General, for the State.

APPEAL from the Parke Circuit Court.